No. 10-8081. TRAUTMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10-747. HARRINGTON *v.* ATLANTIC SOUNDING CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10-8061. WILLIAMS *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10-455. WALSH *v.* KRANTZ ET AL., *ante,* p. 1092;

No. 10-464. TEXAS DISPOSAL SYSTEMS LANDFILL, INC. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL., *ante,* p. 1064;

No. 10-6060. DUNBAR *v.* HAWAII, *ante,* p. 1067;

No. 10-6075. THOMPSON *v.* WORKMAN, WARDEN, *ante,* p. 1008;

No. 10-6125. EUBANKS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1009;

No. 10-6233. RILEY *v.* SUPREME COURT OF PENNSYLVANIA, *ante,* p. 1013;

No. 10-6421. BROWN *v.* MILYARD, WARDEN, ET AL., *ante,* p. 1014;

No. 10-6558. WHITLOW *v.* CITY OF ROANOKE, VIRGINIA, *ante,* p. 1067;

No. 10-6559. WHITE *v.* FAIRFAX COUNTY, VIRGINIA, *ante,* p. 1067;

No. 10-6583. MEDINA *v.* SCRIBNER, WARDEN, *ante,* p. 1068;

No. 10-6590. MEEKS *v.* TENNESSEE DEPARTMENT OF CORRECTION ET AL., *ante,* p. 1068;

No. 10-6655. THOMAS *v.* UNITED STATES, *ante,* p. 1049;

No. 10-6736. LANDRY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1070;

No. 10-7070. LITTRELL *v.* UNITED STATES, *ante,* p. 1053; and

No. 10-7227. BARKLEY *v.* GLOVER, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL., *ante,* p. 1114. Petitions for rehearing denied.